UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| In Re: | : |  |
|---|---|---|
|  | : |  |
| ROBERT CARSWELL AND DEBORAH CARSWELL , | : | CASE NO. 13-30728-DHW |
|  | : |  |
|  | : | CHAPTER 13 |
|  | : |  |
| Debtors. | : |  |

## NOTICE OF APPEARANCE

Comes now **Trustmark National Bank** ("Creditor"), by and through its undersigned counsel, and requests that its counsel be added to the mailing matrix in this case so as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest.

Dated: April 12, 2013

        Respectfully submitted,

        **Johnson & Freedman, LLC**

        **/S/**    KAREN A. MAXCY
        KAREN A. MAXCY, (Bar No. ASB-6065-R74M**)**
        Attorney for Creditor
        Johnson & Freedman, LLC
        1587 Northeast Expressway
        Atlanta, GA 30329
        (678) 298-8830
        email: KMAXCY@JFLEGAL.COM

## **CERTIFICATE OF SERVICE**

      I, Karen A. Maxcy, certify that on April 12, 2013, I served on the parties listed in the attached exhibit a copy of the Notice of Appearance by either electronic filing or by regular mail, with appropriate postage affixed at the below addresses:

**VIA REGULAR U.S. MAIL:**

Robert Carswell
51 Dogwood Meadows
Wetumpka, AL 36093

Deborah Carswell
51 Dogwood Meadows
Wetumpka, AL 36093

**VIA ELECTRONIC TRANSMISSION:**

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com
redingc@ch13mdal.com


      **/S/**   KAREN A. MAXCY
      KAREN A. MAXCY, (Bar No. ASB-6065-R74M**)**
      Attorney for Creditor
      Johnson & Freedman, LLC
      1587 Northeast Expressway
      Atlanta, GA  30329
      (678) 298-8830